In the United States Court of Appeals
for the Federal Circuit

Juan Manuel Sahagun Pelayo
Plaintiff-Appellant

-vs-

United States of America
Defendants-Appellee.

Case No. 14-5126

RECEIVED
MAY 11 2015
United States Court of Appeals
For The Federal Circuit

Motion to Responce of Mandate

Comes Now the Plaintiff Juan Manuel Sahagun Pelayo Pro-se hereby, Move this Honorable Court of Appeals and avers the following:

1.- that the Plaintiff have not Receive such judgment date March 09, 2015, till this time, so the plaintiff has no Idea of such judgment.

2. that for the following reasons the plaintiff will Request this Honorable Court, for an largment of time due to his situations:

A. for the Moment the plaintiff it has been in the (SHU) Spesial Housing Unit.

B. the Oakdale Mail Room has been Moessing up with the plaintiff legal and personal Mail for a long Period of time.

C. the Plaintiff at this time hose been dealing with a few Cases at the time, Case nomber on file not avilivio because the plaintiff has no way or form to gate to his Documents, to file, the numbers.

D. the Plaintiff it has been Incorcentad, with out Just Cost, his has been healt hostach / Kidapp, and some other tings.

1 of 2

3. that for all of the Abbove the Plaintiff will Reques this hororable Court for such of extantion of time, title May, 10, 2016.

Weralore the Plaintiff Juan Manuel Sahagun-Pelayo, Pray's that this honorable Court to Grand his petition, of extantion of time.

I the Plaintiff Juan Manual Sahagun Pelayo, Pro-se and under the porjury 28 USC 1786, har by depositis and Swors that al tha foregoing it is true and Correct unda poryury.

Date: 04-04-15

Respectfully

Juan N Sahagun Pelayo
Reg # 33397-280
FCI II
P.O. Box 5010
Oakdale Louisiana 71463

Juan Manuel Sahagun Pelayo 33397-280
F D C - Oakdale
P O Box 5010
Oakdale, LA 71463

SHREVEPORT LA 710
05 MAY 2015 PM 2 L

Legal Mail

RECEIVED
2015 MAY 11 AM 7:47
US COURT OF APPEALS
FEDERAL CIRCUIT

United States Court of Appeals
717 Madison Place N.W.
Washington D.C. 20439