NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUAN M. SAHAGUN-PELAYO, (ON BEHALF OF HIMSELF); JUAN M. SAHAGUN-PELAYO (ON BEHALF OF THE DECEASED AND THEIR ESTATE, MEXICO),**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5126

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00929-LJB, Senior Judge Lynn J. Bush.

---

**ON MOTION**

---

Before PROST, *Chief Judge,* MAYER, and O'MALLEY, *Circuit Judges.*

Per Curiam.

# ORDER

The appellant Juan M. Sahagun-Pelayo's moves to reschedule the issuance of the mandate which the court construed as a motion for leave to file a petition for rehearing out of time.

Accordingly,

IT IS ORDERED THAT:

1. The motion is granted.

2. The appellant shall have 60 days from the date of this order to file a petition for rehearing.

                                    FOR THE COURT

May 15, 2015                        /s/ Daniel E. O'Toole
    Date                            Daniel E. O'Toole
                                    Clerk of Court